### STATE *v.* HUNKINS.

An indictment for selling personal property with the intent to prevent its being attached, must be found within two years after the offense is committed, or it will be quashed on motion.

THE indictment, commencing in the usual form, alleges the name of the complainant, and sets forth that the respondents, Nathan F. Hunkins, of, &c., and John Curtice, of, &c., on the 12th day of October, 1857, at, &c., with force and arms did unlawfully and fraudulently sell and convey 500,000 of bricks, of the value of $2,500, of the property and personal estate of said Nathan F. Hunkins and the said John Curtice, they the said Nathan F. Hunkins and the said John Curtice being then and there debtors, with intent thereby to prevent the seizure of the same personal estate upon mesne process, contrary, &c., &c.

The respondents moved to quash the indictment, because said indictment was not found within two years after the offense was committed; and it does not appear by said indictment, and is not averred therein, that the same was found within said two years.

*Sullivan,* and *Tuck,* for the State.

*Wood,* for the respondent.

BELLOWS, J. A part of the fine being given by the statute to the prosecutor, the prosecution is limited to two years, and, therefore, as the indictment was not found until after that period, the motion to quash must prevail. *State* v. *Robinson,* 29 N. H. 274.

*Indictment quashed.*